PROB 12C
DMT Rev 01-17

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MONTANA

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Demetrius Alex Williams   **Docket Number:** 0977 2:07CR00037-001

**Name of Sentencing Judicial Officer:**   THE HONORABLE DONALD W. MOLLOY
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/27/2008

**Original Offense:** 21:846=NP.F; CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE NARCOTICS

**Original Sentence:** 120 months custody, 60 months supervised release

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 09/09/2015

**Assistant U.S. Attorney:** Joseph Thaggard
901 Front St, Suite 1100, Helena, MT 59626, (406) 457-5120

**Defense Attorney:**
Federal Defenders Office, 125 Bank St, Suite 710, Missoula, MT 59802, (406) 721-6749

## PETITIONING THE COURT

### Background

On 06/27/2008, the defendant appeared for sentencing before THE HONORABLE DONALD W. MOLLOY, UNITED STATES DISTRICT JUDGE, having pled guilty to the offenses of 21:846=NP.F; CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE NARCOTICS. The offense involved the defendant distributing cocaine in the Bozeman, Montana, area from June 2005 to May 2007. The cocaine had been transported or mailed to the area by the defendant from California. The defendant was sentenced to 120 months custody, followed by 60 months supervised release. The defendant began the current term of supervised release on September 9, 2015. The defendant has been supervised by the U.S. Probation Office, Eastern District of California, Sacramento Division, since he was released from the Bureau of Prisons.

Since that time, the probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard condition:** The defendant shall not leave the judicial district without the permission of the court or probation officer. |
|  | On December 1, 2017, Drug Enforcement Agent(DEA) Jim Semrick, based in Gulfport, Mississippi, advised USPO Karen Lucero, Eastern District of |

California, that he had contact with the defendant on or about November 17, 2017. The defendant was the driver of a vehicle that was also occupied by Juan Pablo Zamora and Vicente Manuel Ruiz. The vehicle was stopped near Hattiesburg, Mississippi, by the DEA after it arrived at a known drug location. Zamora and Ruiz were arrested. The defendant was questioned by the DEA. They learned the defendant flew into Baton Rouge, Louisiana, rented a car, and traveled to Jackson, Mississippi, to pick up Zamora and Ruiz. The defendant then drove to meet with what was an undercover agent to "look at some trees," coded for marijuana. The defendant stated he was on his way to Atlanta for a friend's rap concert and acknowledged he was violating his supervised release for being out of state. The defendant's supervising USPO Karen Lucero did not approve the defendant to leave the Eastern District of California.

2     **Standard condition:** The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

On November 17, 2017, the defendant was the driver of a vehicle that was occupied by Juan Pablo Zamora and Vicente Manuel Ruiz. The defendant picked them up and drove to a location near Hattiesburg, Mississippi, to "look at some trees," coded for marijuana. Upon arrival, DEA agents arrested Zamora and Ruiz. Zamora and Ruiz are both convicted felons with lengthy criminal histories involving narcotics.

3     **Standard condition:** The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

On November 17, 2017, the defendant had contact with and was questioned by the DEA near Hattiesburg, Mississippi. USPO Karen Lucero advised the defendant did not notify her within 72 hours as required.

4     **Standard condition:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On October 11, 2017, the defendant reported to the U.S. Probation Office in Sacramento, CA. The defendant admitted to USPO Paul Mamaril that he used marijuana approximately three weeks prior.

Petition for Warrant for Offender Under Supervision
Name of Offender: Demetrius Alex Williams
Page 3

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED**

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant.

Reviewed

By: _____
Thomas M Holter
Chief United States Probation Officer
Date: 12/04/2017

Respectfully Submitted

By: _____
Derek Hart
United States Probation Officer
Date: 12/04/2017

## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this ____ day of _____, 2017, and ordered filed **UNDER SEAL** and made a part of the records in the above case.

IT IS FURTHER ORDERED that upon notification to the Clerk of Court's Office that the above named Defendant has been taken into custody, the Petition for Warrant or Summons for Offender Under Supervision shall be unsealed.

_____
Donald W Molloy
United States District Judge

_____
Date