IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DEMETRIUS ALEX WILLIAMS,<br><br>                    Defendant. | CR 07–37–BU–DWM<br><br><br>ORDER |

Defendant Demetrius Alex Williams' Motion for Early Termination of Supervision is now before the Court.  (Doc. 48.)  The defendant was sentenced in 2008 to a 120-month custodial sentence, followed by five years of supervised release.  He was revoked in 2018 and served an additional three months in custody, followed by a 57-month term of supervised release.  His current term of supervision will expire in June of 2023.  (*See id.* at 3.)

Having considered the factors in 18 U.S.C. § 3553(a), the conduct of the Defendant, and the Defendant's arguments, the Court is not satisfied that early termination is warranted by the "interest of justice."  18 U.S.C. § 3583(e)(1).  The Court has "discretion to consider a wide range of circumstances when determining whether to grant early termination."  *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014).  While the Defendant's compliance with the current term of

1

supervised release is commendable, it is noteworthy that the Defendant was two years into his last term of supervised release when he violated the terms of that release. (*See* Doc. 49 at 4.) Additionally, both parties agree that the Defendant is currently under less stringent supervision given the complications from the COVID-19 pandemic, (*id.*; *see also* Doc. 48 at 11.) Finally, Defendants' employment as a truck diver with a freight hauling company is also commendable, but as the Defendant notes, he makes a "steady and reliable income" with this employment as is, (Doc. 48 at 10), and so the opportunity for him to make additional income if he could freely travel outside the judicial district is not compelling. Accordingly, early termination is not warranted.

IT IS ORDERED that the Defendant's motion for early termination of his supervised release, (Doc. 48), is DENIED.

DATED this 23ᵘᵈ day of March, 2021.

Donald W. Molloy, District Judge
United States District Court