IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07–37–BU–DWM |
| Plaintiff, | |
| vs. | ORDER |
| DEMETRIUS ALEX WILLIAMS, | |
| Defendant. | |

The United States having moved unopposed to dismiss the pending revocation petition based on the defendant's continued compliance with the terms of his supervision, (*see* Doc. 65 at 2),

IT IS ORDERED that the United States' motion (Doc. 64) is GRANTED. The Petition for Warrant for Offender Under Supervision (Doc. 51) is DISMISSED. The dispositional hearing set for November 10, 2021 is VACATED.

DATED this 1st day of November, 2021.

Donald W. Molloy, District Judge
United States District Court