IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07–37–BU–DWM |
| Plaintiff, | |
| vs. | ORDER |
| DEMETRIUS ALEX WILLIAMS, | |
| Defendant. | |

Defendant Demetrius Alex Williams' Motion for Early Termination of Supervision is now before the Court. (Doc. 69.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of the Defendant, and the Defendant's arguments, the Court is satisfied that early termination is warranted by the "interest of justice." 18 U.S.C. § 3583(e)(1).

IT IS ORDERED that the Defendant's motion for early termination of his supervised release, (Doc. 69), is GRANTED. The Defendant's supervision is TERMINATED as of today's date.

DATED this 4th day of October, 2022.

_____
Donald W. Molloy, District Judge
United States District Court